■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA T. JOYCE, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the Supreme Court, Suffolk County, imposed October 23, 1978, upon her conviction of conspiracy in the first degree, upon her plea of guilty, the sentence being an indeterminate term of imprisonment with a maximum of 13 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing the maximum term of imprisonment to nine years. As so modified, sentence affirmed. The sentence imposed was excessive to the extent indicated. Titone, J. P., Suozzi, O'Connor and Lazer, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARCELLUS McCLINTOCK, Respondent.—Appeal by the People from an order of the Supreme Court, Kings County, dated December 22, 1977, which, upon defendant's motion to dismiss his indictment for denial of a speedy trial and in the interest of justice, granted the motion in the interest of justice. Order reversed, on the law, motion denied and indictment reinstated. We find that the defendant was not denied a speedy trial. In the circumstances disclosed by this record the interest of justice does not require dismissal of the indictment since the defendant's rights are adequately protected by CPL 730.50 (subds 3, 4). Hopkins, J. P., Damiani, Rabin and Mangano, JJ., concur.